**Clayton BAASI, Appellant,**

v.

**Joan FABIAN; David Crist; Sheryl Vesner; David Reishus; Michelle Smith; John King; John Doe; Jane Doe, Appellees.**

**No. 10–1845.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 2, 2010.

Filed: Sept. 3, 2010.

Clayton Baasi, Minnesota Department of Corrections, Bayport, MN, pro se.

Margaret Jacot, Attorney General's Office, St. Paul, MN, for Appellees.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Clayton Baasi appeals the district court's[1] order partially dismissing and

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendation of The Honorable Raymond L. Erickson,

partially granting summary judgment adversely to him in his 42 U.S.C. § 1983 civil action. Following de novo review, *see Murphy v. Mo. Dep't of Corr.*, 372 F.3d 979, 982 (8th Cir.2004), we conclude that the district court's disposition was proper for the reasons stated by the district court.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

United States Magistrate Judge for the District of Minnesota.

